| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |

| | | | |
|---|---|---|---|
| BEFORE: | A. KATHLEEN TOMLINSON<br>U.S. MAGISTRATE JUDGE | DATE:<br>TIME: | 10/15/2009<br>3:00 P.M. |

*Liberty Mutual Insurance Company v. Kohler Company*, **CV 08-867 (SJF) (AKT)**

TYPE OF CONFERENCE: Telephone Conference

APPEARANCES: Plaintiff: Jami Amarasinghe

Defendant: Peter Contino

Third Party
Defendant: Tiffany Buxton


THE FOLLOWING RULINGS WERE MADE:

     A representative of Defendant's counsel contacted my Chambers to inform me that the parties have worked out the issues described in Defendant's letter motion dated October 9, 2009 [DE 39] and Third-Party Defendant's letter dated October 13, 2009 [DE 40], and the parties agreed that it was not necessary to conduct the conference scheduled for today. Accordingly, the telephone conference scheduled for today is canceled.


                                                 SO ORDERED

                                                 /s/ A. Kathleen Tomlinson
                                               A. KATHLEEN TOMLINSON
                                               U.S. Magistrate Judge